

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00169-CV

IN RE MICHAEL A. SMITH                                                  RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 0788049R

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus  and is of the opinion that relief should be denied.  *See* Tex. R. App. P. 52.8(a). Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  June 30, 2014

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).